# United States Court of Appeals for the Federal Circuit

---

**TR INTERNATIONAL TRADING COMPANY, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES, UNITED STATES DEPARTMENT OF COMMERCE, INTERNATIONAL TRADE ADMINISTRATION, GINA M. RAIMONDO, SECRETARY OF COMMERCE, TROY MILLER, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES CUSTOMS AND BORDER PROTECTION,**

*Defendants-Appellees*

---

2020-1830

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00022-MAB, Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered July 14, 2021, and pursuant to Rule 41 of the Federal Rules

of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States, United States Department of Commerce, International Trade Administration, Gina M. Raimondo, Troy Miller, United States Customs and Border Protection in the amount of $28.32 and taxed against the appellant.

FOR THE COURT

September 7, 2021 /s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court